## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

JEANNE OLDERMAN,                      Case No. 25-cv-1050 (LMP/LIB)

    Plaintiff,

v.                                              **ORDER ADOPTING**
                                                  **REPORT AND RECOMMENDATION**

JOHN MCDONALD & SONS, INC.,
JOHN DOE, RICHARD DOE, XYZ
ENTITY, and DAVE LEVY
CONSTRUCTION, LLC,

    Defendants.

---

This matter is before the Court on the May 14, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois, which recommends remanding this action to Minnesota state court for lack of subject matter jurisdiction. *See* ECF No. 9. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

### ORDER

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

   1. The Report and Recommendation (ECF No. 9) is **ADOPTED IN FULL**; and

2. This action is **REMANDED** to the District Court of the State of Minnesota, Ninth Judicial District, County of Beltrami.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 30, 2025                           <u>*s/Laura M. Provinzino*</u>
                                              Laura M. Provinzino
                                              United States District Judge